COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-377-CV

IN RE JERZY WOJCIECH ROWLAND RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus, the State’s response, and relator’s objections to the State’s response and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  December 16, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.